McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
Donna M. Montano
Special Assistant United States Attorney
333 Market Street, Suite 1500
San Francisco, California 94105
Telephone: (415) 977-8943
Facsimile: (415) 744-0134
E-Mail: donna.montano@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBY BOLLER,<br><br>    Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE[1],<br>Commissioner of<br>Social Security,<br><br>    Defendant. | No. 06-cv-1138 LJO TAG<br><br>STIPULATION AND ORDER TO EXTEND TIME TO FILE DEFENDANT'S RESPONSE TO OPENING BRIEF |

    The parties, through their respective counsel, stipulate that the time for responding to Plaintiff's Opening Brief letter be extended from March 28th 2007 to April 30, 2007.

    This is Defendant's first request for an extension of time to respond to Plaintiff's Opening Brief. Defendant needs the additional time to further review the file and prepare a response in this matter.

///

---

[1] Michael J. Astrue became the Commissioner of Social Security on February 12, 2007. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue should, therefore, be substituted for Commissioner Jo Anne B. Barnhart as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

|   |   |
|---|---|
|   | Respectfully submitted, |

Dated: March 27, 2007

/s/ Marc Kalagian for LAURA LACKEY KRANK
(As authorized via e-mail by Marc Kalagian)
Laura Lackey Krank
Attorney for Plaintiff

Dated: March 27 2007

McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

/s/ DONNAM. MONTANO
Special Assistant U.S. Attorney

IT IS SO ORDERED.

Dated: **March 28, 2007**
**j6eb3d**

    **/s/ Theresa A. Goldner**
UNITED STATES MAGISTRATE JUDGE

2