# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBY BOLLER, | 06-cv-01138 LJO TAG |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS ON PLAINTIFF'S SOCIAL SECURITY COMPLAINT (Doc. 20) |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ORDER DIRECTING THE CLERK TO ENTER JUDGMENT FOR DEFENDANT MICHAEL J. ASTRUE AND AGAINST PLAINTIFF RUBY BOLLER AND TO CLOSE THIS MATTER |
| Defendant. | |

Plaintiff Ruby Boller ("Plaintiff"), through counsel, filed a complaint seeking judicial review of an administrative decision denying her claim for Supplemental Security Income under Title XVI of the Social Security Act, 42 U.S.C. § 1381 et seq. (Doc. 2). The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C.§ 636(b) and Local Rule 72-302(c)(15).

On January 29, 2008, the Magistrate Judge filed Findings and Recommendations which were served on the parties and contained notice that any objections to the Findings and Recommendations were to be filed within fifteen (15) days of the date of service. (Doc. 20). The parties have not filed any objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), Federal Rule of Civil Procedure 72(b), and Local Rule 72-304, this Court has conducted a <u>de</u> <u>novo</u> review of the case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations filed on January 29, 2008, to be supported by the record and by the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.   The Findings and Recommendations, filed January 29, 2008 (Doc. 20), are ADOPTED IN FULL; and

2.   The Plaintiff's Social Security complaint is DENIED; and

3.   The Clerk of Court is DIRECTED to enter judgment for Defendant Michael J. Astrue and against Plaintiff Ruby Boller, and to close this action.

IT IS SO ORDERED.

**Dated:   February 19, 2008**            /s/ Lawrence J. O'Neill
                                             UNITED STATES DISTRICT JUDGE